# UNITED STATES DISTRICT COURT

for the

Western District of ___Virginia___

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Danville
MAY 0 6 2008

JOHN F. CORCORAN, CLERK
BY: *Fay Coleman*
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 4:01cr70012-02 |
| Levi Antwone Reaves | ) USM No: 09253-084 |
| Date of Previous Judgment: December 20, 2001 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____121_____ months **is reduced to** ___120 months___ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120* to 121 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

*The amended guideline range has a minimum term of 120 months because of the mandatory statutory minimum term of incarceration.

## III. ADDITIONAL COMMENTS

The Government has objected to a reduction because of the defendant's pre-sentencing conduct. Finding that his pre-sentencing conduct was adequately considered in the previous judgment and in the amended guideline range, and upon consideration of the factors set forth in 18 U.S.C. § 3553(a) and U.S.S.G. § 1B1.10, the Government's objections are overruled and the defendant's sentence is reduced as provided above.

Except as provided above, all provisions of the judgment dated ___12/20/2001___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: May 6, 2008

_____
Judge's signature

Effective Date: May 6, 2008
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title